# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Leah Kelly and Marie Crocker, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Centennial Homes of Williston, Inc., and Centennial Homes of Sioux Falls, Inc., | ) Case No. 4:15-cv-137 |
| Defendants. | ) |

Before the court is a "Stipulation to Extend Scheduling Order" filed by the parties on July 14, 2016. The court **ADOPTS** the parties' stipulation (Docket No. 22) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until November 1, 2016, to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witness and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall disclose expert witnesses and reports by December 1, 2016;

    b. Defendants shall disclose expert witnesses and reports by January 1, 2017; and

    c. Rebuttal experts and reports shall be disclosed by January 15, 2017.

3. The parties shall have until March 1, 2017, to complete discovery depositions of expert witnesses.

4. The parties shall have until April 1, 2017 to file other dispositive motions (summary

1

judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 18th day of July, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court